UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CATHY ANDERSON | CIVIL ACTION |
| VERSUS | NO.: |
| LAKEVIEW MEDICAL CENTER D/B/A<br>LAKEVIEW REGIONAL MEDICAL CENTER | SECTION " " |

## COMPLAINT

The complaint of Cathy Anderson, a person of the full age of majority domiciled in the Parish of St. Tammany, State of Louisiana respectfully represents:

I.

The defendant, Lakeview Medical Center, LLC d/b/a Lakeview Regional Medical Center is a Delaware Corporation with its principal place of business in Nashville, Tennessee. The amount in controversy exclusive of interest and costs exceeds $75,000. Accordingly, there is complete diversity of citizenship between the plaintiff and defendant establishing jurisdiction in this Court pursuant to 28 U.S.C. § 1332.

II.

Cathy Anderson was admitted to Lakeview Regional Medical Center on October 28, 2008 with a high fever and severe gastrointestinal problems. On October 30, 2008, Ms. Anderson was assisted to the bathroom by a nurse or nurse's aide, who left her unattended for a lengthy period of time. When Ms. Anderson tried to get up from the toilet, she fell, sustaining serious injuries.

III.

The injuries sustained by Cathy Anderson as described herein were directly and proximately caused by the negligence and substandard care rendered to plaintiff by nurses and other staff of Lakeview Medical Center, LLC d/b/a Lakeview Regional Medical Center, including but not limited to the following:

a. Failure to use a consistent, coordinated, multi-disciplinary approach to fall precautions for Ms. Anderson;

b. Failure among team members to effectively establish an individualized plan of care concerning fall precautions for Ms. Anderson;

c. Failure to instruct the patient and her family concerning fall precautions;

d. Failure to adequately monitor Ms. Anderson's response to pain medications which were administered to her accordingly;

e. Failure to properly observe, supervise, and assist Ms. Anderson with ambulation at all times;

f. Failure to implement nursing measures required to monitor Ms. Anderson as well as implement nursing considerations for a patient receiving narcotic analgesics.

IV.

Plaintiff pleads the applicability of the doctrine of *res ipsa loquitur* to the facts of this case.

V.

As a direct and proximate result of the above-described acts and omissions, your petitioner has sustained injuries including but not limited to injuries to her neck, back, head, right leg and other injuries. Additionally, your petitioner has experienced and continues to experience

pain and suffering, disability and mental anguish and has incurred and continues to incur medical and related expenses. Plaintiff itemizes her damages as follows:

Past, present and future pain and suffering $500,000;

Past, present and future medical and related expenses $100,000.

Total damages $600,000.

VI.

This matter was submitted to a medical review panel and the panel rendered its opinion on October 26, 2011.

VII.

Plaintiff specifically pleads the unconstitutionality, under the United States Constitution and under the Louisiana Constitution of the Louisiana Medical Malpractice Act, as found in LSA-RS 40:1299.41 *et seq*, in so far as it limits recovery of victims of medical malpractice to damages of $500,000 exclusive of medical expenses.

WHEREFORE, plaintiff prays that after due proceedings had there be judgment herein in her favor and against Lakeview Medical Center, LLC d/b/a Lakeview Regional Medical Center in the amount of $600,000 together with interest from date of judicial demand and for all costs of these proceedings.

Respectfully submitted,

**STANGA & MUSTIAN**

BY: s/ William R. Mustian, III
    **WILLIAM R. MUSTIAN, III (9865)**
    3117 22nd Street, Suite 6
    Metairie, Louisiana  70002
    Telephone:  (504) 831-0666
    Facsimile:   (504) 831-0726
    E mail: wrm@stangamustian.com

**Please serve:**

Lakeview Medical Center, LLC
  d/b/a Lakeview Regional Medical Center
Through its registered agent for service of process
CT Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808