UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CATHY ANDERSON | CIVIL ACTION |
| VERSUS | NUMBER: 12-0063 |
| LAKEVIEW MEDICAL CENTER, LLC d/b/a<br>LAKEVIEW REGIONAL MEDICAL CENTER | SECTION: "G" (3) |

## JUDGMENT

In accordance with the Court's Order[1] entered on March 29, 2012;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant Lakeview Medical Center, LLC d/b/a Lakeview Regional Medical Center, and against plaintiff Cathy Anderson, dismissing plaintiff's case without prejudice to be re-filed in another forum..

New Orleans, Louisiana, this __29th__ day of March, 2012.

_____
Nannette Jolivette Brown
United States District Judge

---

[1] Rec Doc. 14.